IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CUSTOM BLENDING AND**
**PACKAGING OF ST. LOUIS, LLC**,

**Plaintiff,**

v.

**STEVEN MOSER, JR.,**
**STEVEN MOSER, SR.,**
**DAC INDUSTRIES, INC.,**
**and DAC AEROSOL & LIQUID**
**FILL, INC.,**

**Defendants.**                                                         **No. 08-0592-DRH**

### ORDER

**HERNDON, Chief Judge:**

      This matter comes before the Court for case management. On August 5, 2009, the Court granted attorney Michael J. Sedekum's motion to withdraw as counsel for defendants Steven Moser, Jr., and Steven Moser, Sr. (Doc. 52). The Order directed Defendants Moser, Jr., and Moser, Sr., to have new counsel enter an appearance or file pro se entries of appearances with their current mailing address and telephone number on or before August 26, 2009. Further, the Court directed Mr. Sudekum to serve a copy of that Order on Defendants Moser, Jr., and Moser, Sr. As of today's date, new counsel has not entered an appearance nor have the Mosers

filed pro se entries of appearances.  Thus, the Court **ORDERS** Moser, Jr., and Moser Sr., to **SHOW CAUSE** in writing explaining why they have failed to respond to the Court's Order and why they should not be sanctioned.  The Court **ALLOWS** the Mosers up to and including October 5, 2009 to file their responses.  Further, the Court **DIRECTS** the Clerk of the Court to mail a copy of this Order to the Mosers.

**IT IS SO ORDERED.**

Signed this 17th day of September, 2009.

/s/     David R Herndon

**Chief Judge**
**United States District Court**