IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CUSTOM BLENDING AND
PACKAGING OF ST. LOUIS, LLC**,

**Plaintiff,**

**v.**

**STEVEN MOSER, JR.,
STEVEN MOSER, SR.,
DAC INDUSTRIES, INC.,
and DAC AEROSOL & LIQUID
FILL, INC.,**

**Defendants.**                                       No. 08-0592-DRH

## ORDER

**HERNDON, Chief Judge:**

      This matter comes before the Court for case management. On January 15, 2010, Plaintiff filed a Fourth Amended Complaint adding Dennis Litz, the owner of Defendants DAC Industries, Inc. and DAC Aerosol & Liquid Fill, Inc. (Doc. 80). Thus, the Court **DENIES as moot** Defendants DAC Industries, Inc. and DAC Aerosol & Liquid Fill, Inc.'s motions for summary judgment (Doc. 70).

      **IT IS SO ORDERED.**

      Signed this 19th day of January, 2010.

      /s/ David R. Herndon
      **Chief Judge
United States District Court**