IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CUSTOM BLENDING AND
PACKAGING OF ST. LOUIS, LLC,

Plaintiff,

v.

STEVEN MOSER, JR., et al.,

Defendants.                                              No. 08-0592-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is plaintiff's motion for enforcement of settlement (Doc. 118). Specifically, plaintiffs contends that it and DAC Industries, Inc., DAC Aerosol & Liquid Fill, Inc., and Litz ("DAC defendants") entered into a settlement agreement in late December 2010 and as of this date those defendants have failed and refused to fulfill the terms of the settlement agreement. Further, plaintiff contends that the settlement was made in exchange for good and valuable consideration and should be considered an enforceable agreement. As of this date, the DAC defendants have not responded to the motion. Pursuant to Local Rule 7.1(g), the Court considers this failure as an admission of the merits of the motion.[1] Based on the reasons stated in the motion, the Court **GRANTS** the motion. The

---

[1] Local Rule 7.1(g) provides in part: "Failure to file a timely response to a motion may, in the Court's discretion, be considered an admission of the merits of the motion."

Court **ORDERS** the DAC defendants to comply with the terms of the settlement agreement on or before May 27, 2011. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment pursuant to the terms of the settlement agreement at the close of the case. The Court notes that this case remains pending as to plaintiff's claims against defendants Moser, Sr, and Moser, Jr. and that this case remains set for Final Pretrial Conference on May 12, 2011.

    **IT IS SO ORDERED.**

    Signed this 6th day of May, 2011.

Digitally signed by David R. Herndon
Date: 2011.05.06 09:22:47 -05'00'

**Chief Judge**
**United States District Court**