IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CUSTOM BLENDING AND
PACKAGING OF ST. LOUIS, LLC,

Plaintiff,

v.

STEVEN MOSER, JR., et al.,

Defendants.                                                            No. 08-0592-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is plaintiff's motion for voluntary dismissal (Doc. 120). Specifically, plaintiff moves to dismiss without prejudice its claims against defendants Moser, Sr., and Moser, Jr. These defendants do not object to the dismissal. Thus, the Court **GRANTS** the motion. The Court **DISMISSES without prejudice** plaintiff's claims against defendants Moser, Sr., and Moser, Jr. Further, the Court **CANCELS** the Final Pretrial Conference set for May 12, 2011.

**IT IS SO ORDERED.**

Signed this 10th day of May, 2011.

David R. Herndon
2011.05.10
06:48:03 -05'00'

Chief Judge
United States District Court