IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CUSTOM BLENDING AND
PACKAGING OF ST. LOUIS, LLC,

Plaintiff,

v.

STEVEN MOSER, JR.,  et al.,

Defendants.                                                         No. 08-0592-DRH

## ORDER

**HERNDON, Chief Judge:**

This cause called upon the joint motion of the parties for a voluntary dismissal of all claims and counterclaims (Doc. 130), the Court apprised in the premises, and pursuant to Federal Rules of Civil Procedure Rule 41, hereby dismisses all claims and counterclaims pending in this action with prejudice.  The Court closes the file.

**IT IS SO ORDERED.**

Signed this 1st day of May, 2012.

Digitally signed by
David R. Herndon
Date: 2012.05.01
10:28:52 -05'00'

Chief Judge
United States District Court